UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-57-1BR(3)
NO. 2:10-CR-57-2BR(3)

FILED
DEC 21 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN RE:

FOUR-COUNT GRAND JURY
INDICTMENT OF DECEMBER 21, 2010

ORDER TO SEAL INDICTMENT

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on December 21, 2010 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 21st day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE